```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ALLIANCE LAUNDRY SYSTEMS, LLC, | |
| Plaintiff, | |
| -against- | 22-cv-8725 (NSR) |
| MARC HILTSEY, MICHELLE T. HILTSLEY, and LEONARD KEEF, | ORDER |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/25/2025

NELSON S. ROMÁN, United States District Judge:

On May 22, 2025, the Court issued an Order to Show Cause directing Plaintiff Alliance Laundry Systems, LLC ("Plaintiff") to show cause in writing on or before June 12, 2025, as to why Plaintiff's complaint should not be dismissed for want of prosecution pursuant to Federal Rules of Civil Procedure 41(b). To date, the deadline expired thirteen days ago, and Plaintiff has failed to respond to the Order to Show Cause.

Indeed, it has been over two years since the Court or Defendant have heard from Plaintiff. Particularly, not only has Plaintiff's failure to prosecute this action impeded the Court's effort to "avoid calendar congestion and ensure an orderly and expeditious disposition of cases," *Cortez v. Suffolk Cty. Corr. Facility*, No. 15-CV-1957 (JFB) (AKT), 2016 WL 6302088, at *2 (E.D.N.Y. Oct. 25, 2016), but the adversary process has been halted because of . . . essentially unresponsive part[ies]," *Jackson v. Beech*, 636 F.2d 831, 835–36 (D.C. Cir. 1980). "Dismissal for want of prosecution is a matter committed to the discretion of the trial judge." *Peart v. City of New York*, 992 F.2d 458, 461 (2d Cir. 1993) (internal quotation marks omitted).

Given the significant passage of time in the instant action, the Court exercises its discretion and DISMISSES the above-captioned action without prejudice for want of prosecution. The Clerk of the Court is kindly directed to terminate this action.

Dated: June 25, 2025
       White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge